RECEIVED Mail Room
APR 25 2014
United States Court of Appeals
District of Columbia Circuit

April 24, 2014

United States Court of Appeals
District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Re: Request for Continuance on Case No. 1:12-CV-00843-ESH
Howard Bloomgarden v. DOJ, Docket No. 14-5065

To whom it may concern,

Docket # 14-5065
1:12-CV-00843-ESH

I am hereby requesting a continuance on Case No. due to the fact that I am currently on trial in a capital case in Los Angeles Superior Court: People of the State of California v. Bloomgarden, case number BA 128564 before Judge Curtis Rappe in Dept. 103 of the Clara Shortridge Foltz Criminal Justice Center.

Respectfully submitted,

Howard Bloomgarden

P.S. I am requesting a continuance of 60 days or however much time the court deems appropriate. Thank you.