# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 14-5065** | **September Term, 2013** |
| | 1:12-cv-00843-ESH |
| | Filed On: May 8, 2014 [1491978] |

Howard Bloomgarden,

    Appellant

  v.

United States Department of Justice,

    Appellee

## O R D E R

Upon consideration of appellant's motion for extension of time to file initial submissions, and appellee's motion for extension of time to file dispositive motion, it is

**ORDERED** that the motions for extension of time be granted. Appellee's dispositive motion is now due May 19, 2014. Appellant's initial submissions, and procedural and dispositive motions, are now due June 27, 2014.

                                    FOR THE COURT:
                                    Mark J. Langer, Clerk

                    BY:    /s/
                                    Mark A. Butler
                                    Deputy Clerk